**Order filed June 13, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00239-CR

_____

## MARGARET COLLEEN FOSTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. CR37076**

## O R D E R

On May 9, 2013, after this appeal had become unduly stalled due to the failure of Appellant's appointed counsel, Sharon L. Weathers, to file an appellate brief, this court ordered counsel to file in this court an appellate brief on or before May 24, 2013. We note that the brief was originally due on November 28, 2012.

Counsel has ignored this court's May 9 order. Not only has Appellant's brief not been filed, there has been no contact whatsoever with the court by Ms. Weathers.

By this order, Sharon L. Weathers is ORDERED to file in this court a brief on behalf of Appellant on or before **3:00 p.m. on Friday, June 21, 2013**. At that time, Appellant's brief shall either be physically present in the clerk's office of the Eleventh Court of Appeals at 100 West Main Street, Suite 300, in Eastland, Texas, or electronically filed in the portal for the Eleventh Court of Appeals through www.texas.gov. If Appellant's brief has not been received by this court at **3:00 p.m. on Friday, June 21, 2013**, Sharon L. Weathers is ORDERED to appear in person at that time in the courtroom of the Eleventh Court of Appeals at 100 West Main Street in Eastland, Texas, to show cause why this court should not hold her in contempt for failure to abide by this court's order.

PER CURIAM

June 13, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.